731 A.2d 1276

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**David MEADE, Petitioner.**

Supreme Court of Pennsylvania.

June 22, 1999.

### ORDER

PER CURIAM:

**AND NOW,** this 22nd day of June 1999, the petition for allowance of appeal is **GRANTED,** the order of the Superior Court is **VACATED** and the case is **REMANDED** to the Court of Common Pleas of Delaware County to conduct an evidentiary hearing to determine whether petitioner is entitled to relief for untimely sentencing pursuant to *Commonwealth v. Anders,* 555 Pa. 467, 725 A.2d 170 (1999).